

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2017

No. 04-17-00455-CR

Peter **TREVINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3106
Honorable Sid L. Harle, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED.  Time is extended to November 29, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:   Nicholas LaHood                             William T. Reece, Jr.
      Bexar County District Attorney's Office     Attorney At Law
      101 W. Nueva St.                            107 Woodward Place
      San Antonio, TX 78205                       San Antonio, TX 78204